UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>HON. TIMOTHY CASSERLY, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 18-CV-1836 JLS (AHG)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR PACER ACCESS**<br><br>(ECF No. 82) |

　　　　Presently before the Court is pro se Plaintiff Aaron Raiser's Renewed *Ex Parte* Application for PACER Access at Regular Cost ("Mot.," ECF No. 82). This is the fourth Motion Plaintiff has filed requesting that the Court, alternatively, grant him access to the Public Access to Court Electronic Records ("PACER") system IFP, or grant him access to a new PACER account because his account was frozen for nonpayment of previously incurred fees of about $740. (Mot. at 2–3; *see generally* ECF Nos. 77, 79, 80, 82.) If allowed access to an unfrozen account not burdened by unpaid fees, Plaintiff claims he can proceed paying the normal PACER fees. (Mot. at 3.)

　　　　Plaintiff's present Motion does not present any information not previously considered by the Court in its orders denying Plaintiff's motions. (*See* ECF Nos. 78, 81). ///

1 Therefore, for the reasons stated in ECF Nos. 78 and 81, the Court **DENIES** Plaintiff's
2 Motion (ECF No. 82).
3     **IT IS SO ORDERED.**
4 Dated: January 4, 2021

                                      Hon. Janis L. Sammartino
                                      United States District Judge